**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOHN WACHLAROWICZ,**

**Plaintiff,**

**-v-**

**THE CITY OF NEW YORK, et al.,**

**Defendants.**

---

**DECLARATION OF SERVICE**

**26-cv-09363-LAP**

REGINA YU hereby declares under penalty of perjury that the following statements are true and correct:

1. I am over 18 years of age and not a party to this action.

2. On November 3, 2026, at around 10:40 a.m., I transmitted the following documents in the above matter to the New York City Law Department by e-mail at ServiceECF@law.nyc.gov for service on Defendant City of New York:

   a. Complaint (ECF 4);
   b. Summons (ECF 6);
   c. Individual Practices of Loretta A. Preska, U.S.D.J.;
   d. SDNY Electronic Case Filing Rules;
   e. 2 HIPAA releases; and
   f. An executed 160.50 release.

3. I then received the email attached hereto from the Law Department confirming receipt and service of the above.

Dated: Brooklyn, New York
November 3, 2026

Regina Yu

Regina Yu (she/her)
*Coordinating Attorney*
COHEN&GREEN P.L.L.C.
1639 Centre St. Suite 216
Ridgewood, NY 11385