UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

JOHN WACHLAROWICZ,

Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

Defendants.

----------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

26-CV-09363 (LAP) (SLC)

**PLEASE TAKE NOTICE** that **Tiffany McDuffie**, Senior Counsel, hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City of New York, attorney for defendant City of New York. I certify that I am admitted to practice before this Court. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
November 23, 2026

STEVEN BANKS
Corporation Counsel
of the City of New York
*Attorney for defendant City of New York*
100 Church Street,
New York, New York 10007

By: /s/ *Tiffany McDuffie*

Tiffany McDuffie, Esq.
Senior Counsel
Special Federal Litigation Division
(212) 356-2329

cc: Counsel of Record (By ECF)